## Greer v. Commonwealth.

(Decided October 27, 1925.)

### Appeal from Clay Circuit Court.

Intoxicating Liquors—Evidence Held Insufficient to Sustain Conviction for Manufacturing.—Evidence that an empty jug and axe were found in cornfield near a still on land of another, in which field defendant did some work preceding cropping season, held insufficient to sustain conviction for unlawfully manufacturing intoxicating liquors.

LEWIS, BEGLEY & LEWIS for appellant.

FRANK E. DAUGHERTY, Attorney General, and CHARLES F. CREAL, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE CLARKE— Reversing.

Appellant was convicted of unlawfully manufacturing intoxicating liquors, and his punishment fixed at a fine of $250.00 and 90 days' imprisonment in jail.

There is in the record no evidence whatever connecting appellant, even remotely, with the operation of an illicit still that was found on the land of another, just before Christmas, 1924, unless by the single fact that an empty jug and an axe were found in a nearby cornfield, in which appellant did some work the preceding cropping season.

That this evidence was wholly insufficient to support the verdict, or even carry the case to the jury, is apparent, as is practically confessed in brief for the Commonwealth.

Wherefore, the judgment is reversed, and the cause remanded with directions to direct an acquittal, if upon another trial the evidence be the same.